THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILLIAM H. DRAPER, Respondent.

Argued October 10, 1951; decided October 19, 1951.

*Clarence J. Henry, District Attorney,* for appellant.

*Herbert W. Lacy* for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.